# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | ED11MJ310 |
| FILEMON ROBLES-BLANCO, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Government Counsel__, IT IS ORDERED that a detention hearing is set for __Friday, 8/12/11__, _____, at __3:00__ ☐a.m. / ☐p.m. before the Honorable __Sheri Pym__, in Courtroom __No. 4__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _August 11, 2011_          _____/s/_____
U.S. District Judge/Magistrate Judge
Hon. Sheri Pym

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                       Page 1 of 1