FILED
CLERK, U.S. DISTRICT COURT
AUG 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY DB DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Filemon Robles-Blanco <br> Defendant. | Case No.: ED11-310M <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- Pretrial services report
- violation petition

1

| | |
|---|---|
| 1 | and/or |
| 2 | B. ( )   The defendant has not met his/her burden of establishing by clear and |
| 3 | convincing evidence that he/she is not likely to pose a danger to the |
| 4 | safety of any other person or the community if released under 18 U.S.C. |
| 5 | § 3142(b) or (c).  This finding is based on the following: |

1
2
3
4
5
6 _____
7 _____
8 _____
9 _____
10
11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.
13
14  Dated: August 12, 2011
15                                             HONORABLE SHERI PYM
                                               United States Magistrate Judge
16
17
18
19
20
21
22
23
24
25
26
27
28